Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

## Exhibit A-1

## Preliminary Analysis of Infringement of U.S. Patent No. 6,703,963

Princeps Interface Technologies LLC ("Princeps"), owner of U.S. Patent No. 6,703,963 (the "'963 patent") entitled "Universal Keyboard", provides this preliminary and exemplary infringement analysis with respect to infringement of the '963 patent by Apple Inc. ("Apple").

Apple directly infringes the '963 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing instrumentalities which embody the claimed features of the patented invention.  Princeps contends that based on currently available information, Princeps is aware that Apple, at a minimum, has sold, offered for sale, made, used, and/or imported at least the following products and services: Apple devices, such as the iPhone, the iPad and the iPod which operate using Apple's iOS operating system (the "Accused Instrumentalities").  All the current versions of these devices (i.e., the iPhone X & iPhone 8; the iPad, iPad Pro, iPad Air & the iPod Touch) all use the current version of the iOS operating system, iOS 12.  The iOS 12 operating system utilizes applications with infringing keyboard functions, such as the Apple proprietary app "Messages" (also known as "iMessage") and the "Mail" app.  Furthermore, these Apple proprietary apps have been available on earlier versions of these Apple devices since at least as early as the iOS version 5.  (*See* https://www.theverge.com/2011/12/13/2612736/ios-history-iphone-ipad "iOS: A visual history".)  The Apple iOS version 5 was released on October 12, 2011 (*See* https://en.wikipedia.org/wiki/IOS_version_history#iOS_5 "iOS version history".)  Therefore, the infringement has been occurring since at least that time.

Unless otherwise noted, Princeps believes and contends that each element of each claim asserted herein is literally met through Apple's provision of the Accused Instrumentalities.  However, to the extent that Apple attempts to allege that any asserted claim element is not literally met, Princeps believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities sold, offered for sale, made, used, and/or imported by Apple, Princeps did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.  Princeps notes that the present claim chart and analysis are necessarily preliminary because Princeps has not received any discovery from Apple, nor has Apple disclosed any analysis in support of any purported non-infringement positions.  Further, Princeps does not have the benefit of claim construction or expert discovery.  Princeps hereby specifically reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Princeps prior to or during the pendency of the litigation, including information adduced through fact discovery, claim construction, expert discovery, and/or further analysis.  Nothing in this preliminary and exemplary infringement analysis constitutes an implicit or explicit proposal regarding the construction of any claim term or phrase.

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

## Apple Inc. – Apple Devices and Operating Systems with Universal Keyboard Technology

Apple Inc. ("Apple") provides and sells devices including the Apple iPhone, the iPad and iPod along with Apple's pre-installed Apple iOS operating system ("OS"). The Apple OS utilizes a universal keyboard technology with functional mode controls, at least one domain control and a plurality of input keys associated with specific domain level values based on a selected functional mode.  Apple's universal keyboard technology utilizes function-specific displays indicating domain-level values for a selected functional mode and domain-level combination. The input keys and the domain control are simultaneously presented by the Apple phone and operating system.  The universal keyboard technology permits Apple to provide a variety of keyboard and layout options to users of the Apple devices.




"With iOS 11 and later, you can use the built-in keyboards on your device in every app.  You can also switch between keyboards, select one-handed typing, use third-party keyboards, and more."
Source:  https://support.apple.com/en-us/HT202178  "About the keyboards settings on your iPhone, iPad, and iPod touch"

2

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1 | | Apple provides and sells several models of iPhone, iPad and iPod as information input devices utilizing various versions of the iOS operating system: |
| 1-p | An information input device, comprising: | "It's time to start wondering how Apple will upgrade the quality of life for iPhone and iPad users with iOS 13." <br> Source: https://www.tomsguide.com/us/ios-13-release-date-rumors,news-29360.html "iOS 13 Rumors: Release Date, New Features and More" <br><br> "iOS 11 is compatible with [several] iPhone, iPad, and iPod touch models:" <br> Source: https://www.macrumors.com/2017/06/06/ios-11-compatible-iphone-ipad-ipod-models/ "List of iOS 11 Compatible iPhone, iPad, and iPod Touch Models" |

3

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-a | a functional mode control for selecting a first functional mode of operation of multiple functional modes of operation by the input device; | In the Apple devices running the iOS operating system, the "functional mode control" can be any icon for activating an installed application which relies upon a keyboard for accepting input information data. Such applications can include applications that are proprietary to Apple, such as the Apple "Messages" or "Email" apps, or third-party apps which utilize a keyboard for accepting input data.<br><br>"To open an app, tap its icon on the Home screen."<br><br>Source: https://support.apple.com/guide/iphone/explore-the-home-screen-and-apps-iphca3d8b4e3/ios " Explore the iPhone Home screen and open apps"<br><br>See also: https://support.apple.com/explore/messages "Use Messages"<br>See also: https://www.digitaltrends.com/mobile/best-email-apps-for-the-iphone/ "The best emails apps for the iPhone and iPad" |

Note: All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| | | According to the patent, the functional mode control may also be used to set different functional modes of operation, such as for enabling different keyboards for character sets of different languages or different sets of symbols: <br><br> which the keyboard is serving as an input device. For example, the functional mode of operation is selected, by way of example, from the group consisting of: an English alphanumeric keyboard, a non-English alphanumeric keyboard, telephone, calculator, card reader, text editing, internet navigation, an application-specific mode associated with the use of a particular software application and a mode associated with the control of an electronic device. Additionally, in embodiments of the invention, the keyboard 1 operates concurrently in more than one functional mode of operation. For example, the keyboard may be concurrently in both the E-mail and Alphanumeric functionalities to facilitate drafting an e-mail message. Other exemplary combinations of multiple simultaneous functional modes of operation include Edit/E-mail, Edit/Alphanumeric, Tele/www, Tele/Alpha, or E-mail/Tele/www. <br><br> Source: US Patent 6,703,963 (See column 4, lines 4-19) <br><br> In the Apple devices, different functional modes may be selected: <br> "With iOS 11 and later, you can use the built-in keyboards on your device in every app. You can also switch between keyboards, select one-handed typing, use third-party keyboards, and more." <br> ALSO <br> "While you're using an app, you can switch to a different keyboard, like a third-party keyboard or a language keyboard." <br><br> Source: https://support.apple.com/en-us/HT202178 "About the keyboards settings on your iPhone, iPad, and iPod touch" |

5

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
|  |  | In the iPhone, the "Settings" Application (with sub-options) in the Apple iOS can also be used to change aspects of the functional modes in, for example, the keyboard options from those that are available through "Settings" in the iOS.  As shown below, under "Settings", "General" and "Keyboard", functional mode selections can be controlled to determine selections for language, text replacement and/or one-handed typing options. The select options can be used in various applications such as email or messaging.<br><br>Sources:<br>https://support.apple.com/guide/iphone/change-the-settings-iph70825e5ae/ios  "Change iPhone settings"<br>https://support.apple.com/en-us/HT202178  "About the keyboards settings on your iPhone, iPad, and iPod touch"<br>Also see:  https://www.wikihow.com/Change-Your-Keyboard-or-Display-Language-in-iOS "How to Change Your Keyboard or Display Language in iOS" |

6

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-b | a domain control for selecting one of multiple domain levels within the first functional mode wherein each domain level is associated with a set of domain-level values; | The "domain control" in the iOS keyboard are the symbols for a Globe or Emoji appearing in the lower left location of the iOS keyboard as shown below. These symbols are activated by touching them on the touch screen to control the "domain level" (i.e., the selection of a set of language or emoji symbols) associated with the selected symbol set at each domain level.<br><br>"If you have multiple keyboards enabled, you'll see a globe-shaped international keyboard key. Long-press the globe key instead of the emoji key to open the menu.<br>If you don't see an emoji or globe key, this means you've disabled all additional keyboards, including the emoji keyboard. To re-enable the emoji keyboard, head to Settings > General > Keyboard > Keyboards > Add New Keyboard > Emoji. The emoji key will reappear on your keyboard."<br><br>Source:  https://www.howtogeek.com/327447/how-to-use-the-one-handed-keyboard-on-your-iphone/ "How to Use the One-Handed Keyboard on Your iPhone" |

7

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-c | a plurality of input keys, separate and distinct from the domain control, assigned to the set of domain-level values associated with a selected domain level and functional mode, | On the iOS keyboard, the character sets associated with domain levels for different language character sets or emojis appear as input keys "separate and distinct" from the domain control Globe or Emoji Symbol.<br><br>1. Select Globe key    2. Tap and hold Globe key    3. Selected language characters appear<br><br>Source: http://osxdaily.com/2015/08/19/change-keyboard-language-ios/ "How to Change the Keyboard Language on iPhone & iPad Quickly"<br><br>As shown above, although the character sets associated with different domain levels (i.e. different language character sets) change, the Globe key (i.e., the domain control) remains separate and distinct from the domain level values (the individual letters/characters in each set). |
| 1-d | wherein each input key assigned to a domain-level value is associated with a signal, representative of the domain-level value, transmitted by the input device in response to actuation of the input key; and | See 1-c above, showing that each input key transmits a signal having a value representative of a letter in the alphabet of the country in the domain-level set for that respective country. These input keys are activated by pressing on the touchscreen of the Apple device displaying the keyboard. |

Note: All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 1-e | a function-specific display indicating a domain-level value associated with each input key for a currently selected functional mode and domain level combination, | Each language (or symbol) specific keyboard presents a "function-specific display" of a character set associated with a specific language or a set of emojis depicting particular meanings to a user that are unique for a currently selected functional mode and domain level combination.  So for example, in the figures below, the functional mode includes the possibility of choosing between three domains: English (US), Emoji and Korean domain levels.  Each of the English (US), Emoji and Korean domain levels present a unique set of keyboard characters within each of these domains.<br><br>1. Select Globe key    2. Tap and hold Globe key    3. Selected language characters appear<br><br>Source:  http://osxdaily.com/2015/08/19/change-keyboard-language-ios/  "How to Change the Keyboard Language on iPhone & iPad Quickly" |
| 1-f | wherein the input keys and domain control are simultaneously presented by the input device. | From 1-e above, it shows the touch-screen keyboard on the Apple devices, the input keys and the domain control are simultaneously presented.  Such as in the English (US) characters and the Globe domain control shown at the same time together in left-most figure.<br><br>Source:  http://osxdaily.com/2015/08/19/change-keyboard-language-ios/  "How to Change the Keyboard Language on iPhone & iPad Quickly" |

9

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 2 | The invention as in claim 1 wherein the domain-level value assigned to an input key is determined by software associated with each functional mode. | See 1-p above, showing that the iOS operating system is software which determines what domain-level value (i.e., character) is assigned to an input key associated with any functional mode and domain-level. |
| 3 | The invention as in claim 1 wherein the domain-level value associated with an input key is assignable by a user of the input device. | The iOS on Apple devices permits a "Text Replacement" option under "Settings", "General", "Keyboard" and then "Text Replacement". This permits a user to stylize replacements of single characters or multi-character replacements.<br><br>Source:  https://thesweetsetup.com/set-text-replacements-frequently-used-emoji-special-characters-ios/ "How to Set Up Text Replacements for Frequently Used Emoji and Special Characters in iOS" |
| 9 | The invention as in claim 1 wherein each display is comprised of a touch screen. | Apple devices, such as the iPhone, incorporate touch-screens as part of the data input hardware for the devices.<br><br>Source: https://electronics.howstuffworks.com/iphone1.htm "How the iPhone Works" |
| 12 | The invention as in claim 1 wherein the domain control comprises a second set of continuously present controls for selecting the domain level within a functional mode. | Tapping and holding the domain control "Globe" symbol will present underlying a selection of the enabled domain-levels in the iOS.  See for example, from 1-c above, at screen 2:<br>1. Select Globe key          2. Tap and hold Globe key<br><br>Source:  http://osxdaily.com/2015/08/19/change-keyboard-language-ios/ "How to Change the Keyboard Language on iPhone & iPad Quickly" |

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 60 | | |
| 60-p | A method of operating an information input device comprising | See 1-p above, users of the Apple devices operate those devices as shown in 1-p above; |
| | one or more functional modes of operation | See 1-a above; |
| | having multiple domain levels selectable by a domain control, | See 1-b above; |
| | each domain level containing domain-level values, a plurality of input keys, separate and distinct from the domain control, | See 1-c above; |
| | having domain-level values assigned according to a current functional mode of operation and current domain level and a display to indicate the domain-level values associated with the input keys, wherein the method comprises the steps of: | See 1-e above; |

11

Note:  All internet sources last accessed and downloaded June 13, 2019.

Apple Inc. - claim chart with respect to U.S. Patent No. 6,703,963 (the '963 patent)

| Claim | US Patent 6,703,963 | Description of the Infringement |
|---|---|---|
| 60-a | first selecting a functional mode of operation of the information input device; | See 1-a above, especially:<br><br>In the Apple devices, different functional modes may be selected:<br>"With iOS 11 and later, you can use the built-in keyboards on your device in every app. You can also switch between keyboards, select one-handed typing, use third-party keyboards, and more."<br>ALSO<br>"While you're using an app, you can switch to a different keyboard, like a third-party keyboard or a language keyboard."<br><br>Source: https://support.apple.com/en-us/HT202178  "About the keyboards settings on your iPhone, iPad, and iPod touch" |
| 60-b | second selecting, through the domain control, a domain level within the selected functional mode of operation; and | See 1-b above; |
| 60-c | actuating one or more of the input keys, associated with domain-level values corresponding to the domain level selected during the second selecting step, and | See 1-c above; |
| 60-d | wherein the input keys and domain control are simultaneously presented by the input device. | See 1-f above. |

12

Note:  All internet sources last accessed and downloaded June 13, 2019.